

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2016

No. 04-15-00729-CV

**CITY OF RIO GRANDE CITY, TEXAS**, and Joel Villarreal, Herman R. Garza III, Arcadio J. Salinas III, Rey Ramirez, and Dave Jones in their Official Capacities,

Appellants

v.

**BFI WASTE SERVICES OF TEXAS, LP** d/b/a Allied Waste Services of Rio Grande Valley,

Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-15-604
Honorable Migdalia Lopez, Judge Presiding

## O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
        Karen Angelini, Justice
        Marialyn Barnard, Justice
        Rebeca C. Martinez, Justice
        Patricia O. Alvarez, Justice
        Luz Elena D. Chapa, Justice
        Jason Pulliam, Justice

The court has considered the appellants' motion for en banc reconsideration, and the motion is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2016.

_____
Keith E. Hottle
Clerk of Court